**IN RE: Michael NORWOOD, Petitioner**

No. 16-3865

United States Court of Appeals, Third Circuit.

Submitted Pursuant to Rule 21, Fed. R. App. P. December 1, 2016

(Opinion filed: January 11, 2017)

Michael Norwood, Pro Se

Mark E. Coyne, Esq., Office of United States Attorney, Newark, NJ, Norman Gross, Esq., Office of United States Attorney, Camden, NJ, for Respondent

Before: MCKEE, JORDAN and RESTREPO, Circuit Judges

### OPINION *

PER CURIAM

Michael Norwood filed a petition for a writ of mandamus seeking an order directing the District Court to rule on his amended motion under 28 U.S.C. § 2255. The District Court denied that motion on November 28, 2016. Thus, because Norwood has received all of the relief he requested, his petition is now moot. We will therefore dismiss it. See Blanciak v. Allegheny Ludlum Corp., 77 F.3d 690, 698–99 (3d Cir. 1996).

---

* This disposition is not an opinion of the full Court and pursuant to I.O.P. 5.7 does not constitute binding precedent.